# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DANIEL MARTINEZ,

      Plaintiff,

  v.

JOSHUA LUJAN,

      Defendant.

Case No.  1:25-cv-01494-SAB

ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR SCHEDULING CONFERENCE

**DEADLINE: MARCH 9, 2025**

On November 4, 2025, Plaintiff commenced this action.  (ECF No. 1.)  The initial scheduling conference is currently set for April 2, 2026.  (ECF No. 5.)  As relevant here, on February 11, 2026, Plaintiff filed a summons returned executed, indicating that Defendant had through February 23, 2026, to answer or otherwise respond to the complaint.  (ECF No. 4.)  To date, Defendant has not appeared or responded to the complaint.  Generally, the Court will not hold an initial scheduling conference with a defendant who has not appeared and answered (unless in a multi-defendant case where an entry of default been entered as to such a defendant).

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that **on or before March 9, 2026**, Plaintiff shall file a status report indicating whether Plaintiff is prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for Defendant to appear and answer in this action; and/or whether Plaintiff intends to move for an entry of default.

IT IS SO ORDERED.

Dated:    **March 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2