# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MARTINEZ, | Case No. 1:25-cv-01494-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO VOLUNTARILY DISMISS THE CASE OR REQUEST FOR ENTRY OF DEFAULT |
| v. | |
| JOSHUA LUJAN, | **MARCH 12, 2026 DEADLINE** |
| Defendant. | |

On November 4, 2025, Plaintiff commenced this action. (ECF No. 1.) Relevant here, on March 4, 2026, Plaintiff filed a status report in response to the Court's order regarding readiness for the scheduling conference. (ECF No. 7.) In that report, Plaintiff requested that the scheduling conference be continued to a date after April 1, 2026, to allow Defendant additional time to file a responsive pleading and for the parties to conduct the Rule 26(f) conference. (Id.) The Court declines this request.

Under the Federal Rules of Civil Procedure, "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a)(1)(A)(i). The Court observes that on February 2, 2026, Plaintiff filed a summons returned executed, indicating that Defendant had through February 23, 2026, to answer or otherwise respond to the complaint. (ECF No. 4.) More than 21 days have passed and the parties have not filed a stipulation for an extension of time in which Defendant may respond to the complaint. See

1

Local Rule 144. Thus, Plaintiff's agreement to extend Defendant's deadline to April 1, 2026, (see ECF No. 7), is procedurally improper.

To date, Defendant has neither appeared nor responded to the complaint. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is DIRECTED to either file an entry of default judgment or voluntarily dismiss this action on or before **March 12, 2026**;

2. Plaintiff is DIRECTED to serve a copy of this order on Defendant within **three (3) days** of entry of this order; and

3. Should Defendant appear, the Court will consider a stipulation for an extension of time to respond.

IT IS SO ORDERED.

Dated:   **March 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2