# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MARTINEZ, | Case No. 1:25-cv-01494-SAB |
| Plaintiff, | ORDER REGARDING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER |
| v. | |
| JOSHUA LUJAN, | ORDER CONTINUING THE INITIAL SCHEDULING CONFERENCE |
| Defendants. | (ECF No. 10) |

Before the Court is a stipulation to extend the deadline in which Defendant may answer. For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through April 1, 2026, to answer or otherwise respond to the complaint.

In light of the foregoing, Plaintiff need not respond to the Court's March 5, 2026 order.

Finally, the initial scheduling conference is CONTINUED to May 26, 2026 at 3:00 p.m.

IT IS SO ORDERED.

Dated:    **March 12, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge